UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Solas OLED Ltd., an Irish corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>Dell Inc., a Delaware corporation;<br><br>*Defendant*. | CASE NO. 6:19-cv-00514 ADA<br><br>**First Amended Complaint for Patent Infringement**<br><br>**JURY DEMANDED** |

**First Amended Complaint for Patent Infringement**

Plaintiff Solas OLED Ltd. ("Solas") files this first amended complaint against Defendant Dell Inc. ("Dell"), alleging infringement of U.S. Patent Nos. 6,072,450. The accused products are Dell products with organic light-emitting diode ("OLED") displays.

**Plaintiff Solas OLED and the '450 Patent.**

1. Plaintiff Solas is a technology licensing company organized under the laws of Ireland, with its headquarters at 4-5 Burton Hall Road, Sandyford, Dublin 18.

2. Solas is the owner of U.S. Patent No. 6,072,450, entitled "Display Apparatus," which issued June 6, 2000 (the "'450 patent"). A copy of the '450 patent is attached to this complaint as Exhibit 1.

**Defendant and the Accused Products.**

3. Defendant Dell Inc. is a Delaware corporation with regular and established places of business in this district.

4. The Accused Products are Dell products with organic light-emitting diode ("OLED") displays. As an illustrative example, this includes Dell Venue 8 model tablets (illustrated below).



Dell Venue 8

**Jurisdiction, venue, and joinder.**

5. Solas asserts claims for patent infringement against Dell under the patent laws of the United States, including 35 U.S.C. §§ 271 and 281, et seq. The Court has original jurisdiction over Solas' patent infringement claims under 28 U.S.C. §§ 1331 and 1338(a).

6. The Court has personal jurisdiction over Dell. Dell has regular and established places of business within this district and has committed acts of infringement within this district (e.g., selling and using Accused Products). Dell has established minimum contacts with the State of Texas such that the exercise of jurisdiction over Dell would not offend traditional notions of fair play and substantial justice.

7. Venue is proper in this district under 28 U.S.C. §1400(b) and 28 U.S.C. §§ 1391(c). Dell has regular and established places of business in this district, including its corporate headquarters at: One Dell Way, Round Rock, TX 78682.

**Count 1 – Claim for infringement of the '450 patent.**

8. Solas incorporates by reference each of the allegations in the above paragraphs and further alleges as follows:

9. On June 6, 2000, the United States Patent and Trademark Office issued U.S. Patent No. 6,072,450, entitled "Display Apparatus." Ex. 1.

10. Solas is the owner of the '450 patent with full rights to pursue recovery of royalties for damages for infringement, including full rights to recover past and future damages.

11. Each claim of the '450 patent is valid, enforceable, and patent-eligible.

12. Solas and its predecessors in interest have satisfied the requirements of 35 U.S.C. § 287(a) with respect to the '450 patent, and Solas is entitled to damages for Dell's past infringement.

13. Dell has directly infringed (literally and equivalently) the claims of the '450 patent without a license or permission from Solas.

Direct Infringement

14. Dell has directly infringed (literally and equivalently) at least one claim of the '450 patent by making, using, offering to sell, selling, and importing the Accused Products. Dell has infringed multiple claims of the '450 patent, including independent claim 1. By way of example only, the Dell Venue 8 tablet infringes an exemplary claim of the '450 patent, as in the following description, which Solas provides without the benefit of information about the accused device obtained through discovery. For example, claim 1 claims a display apparatus as follows:

**[1a] "a substrate;"**

The accused Venue 8 tablets include Organic Light Emitting Diode (OLED) panels that include a polyimide substrate:



**[1b] "active elements formed over said substrate and driven by an externally supplied signal;"**

The accused Venue 8 tablets include active elements formed over the substrate, driven by an externally supplied signal:

4



**[1c] "an insulation film formed over said substrate so as to cover said active elements, said insulation having at least one contact hole;"**

In the accused Venue 8 tablets, an insulation film is formed over the substrate, covers the active elements, and has contact holes:



**[1d] "at least one first electrode formed on said insulation film so as to cover said active elements, and connected to said active elements through said at least one contact hole, said at least one first electrode being made of a material which shields visible light;"**

In the accused Venue 8 tablets, an electrode is formed on the insulation film, covers active elements, and is connected to active elements through contact holes:



This electrode is formed of silver, which shields visible light.

**[1e] "an organic electroluminescent layer having an organic electroluminescent material formed on said at least one first electrode so as to cover said active elements and including at least one layer which emits light in accordance with a voltage applied to said at least one layer;"**

In the accused Venue 8 tablets, a layer of organic electroluminescent material is formed on the electrode, and covers active elements:



This organic electroluminescent layer emits in accordance with a voltage applied to the layer using the OLED cathode and anode.

**[1f] "and at least one second electrode formed on said organic electroluminescent layer which covers said active elements."**

In the accused Venue 8 tablets, a second electrode is formed on the organic electroluminescent layer:



Damages

15.     Solas has been damaged by Dell's infringement of the '450 patent and is entitled to damages as provided for in 35 U.S.C. § 284, including reasonable royalty damages.

**Jury demand.**

16.     Solas demands trial by jury of all issues.

**Relief requested.**

Solas prays for the following relief:

A.      A judgment in favor of Solas that Dell has infringed the '450 patent and that the '450 patent is valid, enforceable, and patent-eligible;

B.      A judgment and order requiring Dell to pay Solas all damages provided for under 35 U.S.C. § 284, including compensatory damages, costs, expenses, and pre- and post-judgment interest for its infringement of the asserted patents;

C.      A judgment and order requiring Dell to provide an accounting and to pay

9

supplemental damages to Solas, including, without limitation, pre-judgment and post-judgment interest;

      D.    A finding that this case is exceptional under 35 U.S.C. § 285, and an award of Solas' reasonable attorney's fees and costs; and

      E.    Any and all other relief to which Solas may be entitled.

Dated:   November 9, 2019

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Kent N. Shum
CA State Bar No. 259189
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: nrubin@raklaw.com
Email: kshum@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

                T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@wsfirm.com
E-mail: claire@wsfirm.com
E-mail: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, SOLAS OLED, LTD.**


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Roger Fulghum
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza, 910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234

By: */s/ Reza Mirzaie*
Reza Mirzaie