UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD. | § § § | |
| vs. | § § § | NO:  WA:19-CV-00514-ADA |
| DELL TECHNOLOGIES INC. | § | |

**ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on January 06, 2020 at **10:30 AM** . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **4th day of December, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE