UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SOLAS OLED LTD.,

vs.

DELL INC.,

Case No.: 6:19-cv-00514-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Robert Haslam, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Dell Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Covington & Burling LLP with offices at:

   Mailing address: 3000 El Camino Real, 5 Palo Alto Square, 10th Floor

   City, State, Zip Code: Palo Alto, CA 94306

   Telephone: (650) 632-4702    Facsimile: (650) 632-4802

2. Since 1976, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 71134.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Dist. Court - N.D. Cal. | 1976 |
| U.S. Court of Appeals - Federal Cir. | 1991 |
| U.S. Court of Appeals - 9th Cir. | 1979 |
| U.S. Dist. Court - E.D. Tex. | 2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:14-cv-438 _____ on the 11 day of July _____, 2014.
   Number: 6:19-cv-385 _____ on the 9 day of October _____, 2019.
   Number: _____ on the ___ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Melissa R. Smith, Gillam & Smith, LLP

Mailing address: 303 South Washington Avenue

City, State, Zip Code: Marshall, Texas 75670

Telephone: (903) 934-8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Robert Haslam to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert Haslam
[printed name of Applicant]

*/s/ Robert Haslam*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of January, 2020.

Robert Haslam
[printed name of Applicant]

*/s/ Robert Haslam*
[signature of Applicant]