UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> DELL INC., <br><br> *Defendants.* | Case No. 6:19-cv-00514-ADA |
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendants.* | Case No. 6:19-cv-00515-ADA |
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendants.* | Case No. 6:19-cv-00537-ADA |

**MOTION FOR AGREED SCHEDULING ORDER**

1

Pursuant to the December 2, 2019 Order Government Proceedings – Patent Case entered in each of the above-captioned cases, the Parties move that the Court enter the agreed Scheduling Order, attached to this motion.

Dated: January 21, 2020

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Kent N. Shum
CA State Bar No. 259189
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: nrubin@raklaw.com
Email: kshum@raklaw.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas  75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF,
SOLAS OLED LTD.**

John Michael Guaragna
DLA PIPER LLP
401 Congress, Suite 2500
Austin, TX  78701
Telephone: 512-457-7125
Email: john.guaragna@dlapiper.com

Mark D. Fowler
DLA PIPER LLP
2000 University Ave.
East Palo Alto, CA  94303
Telephone: 650-833-2000
Email: mark.fowler@us.dlapiper.com

Michael D. Jay
Nandan R. Padmanabhan
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067
Telephone: 310-595-3000
Email: michael.jay@dlapiper.com
Email: nandan.padmanabhan@dlapiper.com

**ATTORNEYS FOR DEFENDANT, APPLE INC.**

David A. Garr
Grant D. Johnson
Jeffrey H. Lerner
Daniel W. Cho
Jared Frisch
COVINGTON & BURLING LLP
850 Tenth St. NW
Washington, DC  20001
Telephone: 202-662-5250
Email: dgarr@cov.com
Email: gjohnson@cov.com
Email: jlerner@cov.com
Email: dwcho@cov.com
Email: jfrisch@cov.com

Robert T. Haslam
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306
Telephone: 650-632-4702
Email: rhaslam@cov.com

Roger J. Fulghum
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, TX  77002
Telephone: 713-229-1707
Email: roger.fulghum@bakerbotts.com

Melissa Richards Smith
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Telephone: 903-934-8450
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT, DELL INC.**

Brian M. Cook
Nicholas J. Whilt
Eric Y. Su
Ryan K Yagura
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Telephone: 213-430-6000
Email: bcook@omm.com
Email: nwhilt@omm.com
Email: esu@omm.com
Email: ryagura@omm.com

Darin W. Snyder
David S. Almeling
Mark Liang
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: 415-984-8846
Email: dsnyder@omm.com
Email: dalmeling@omm.com
Email: mliang@omm.com

Michael E. Jones
POTTER MINTON PC
110 N College, Suite 500
Tyler, TX  75702
Telephone: 903-597-8311
Email: mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT, GOOGLE LLC**

## CERTIFICATE OF SERVICE

I certify that the counsel of record who are deemed to have consented to electronic service are being served on January 21, 2020, with a copy of this document via the Court's ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie
